**FILED**

AUG - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

Kristoper Piper
Plaintiff

v.

Cpl L. Ratlife, et al,

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1417

I, Kristopher Piper _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration   CCA/CTF
   Are you employed at the institution? NO   Do you receive any payment from the institution? NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   5/15/06  8.75 an Hour  RFK 2900 E Capitol St SE
   Washington, D.C. 20003

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends             ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments      ☐ Yes   ☑ No
   e. Gifts or inheritances                            ☐ Yes   ☑ No
   f. Any other sources                                ☑ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**

JUN 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 Reverse (Rev. 10/03)

*I got 40 doller from a friend on 6-14-07 and I should get 20 doller from her a month*

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.



6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)



declare under penalty of perjury that the above information is true and correct.

JUN 2 6 2007

_____     *Kristopher Pope* (signature)
Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _____ v. _____

Civil Action No. _____

I, *Christopher Piper* # *272-534*, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

07 1417
FILED
AUG - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Offender Management System - Version 6.5.0. You are logged into: DC CORRECTIONAL TREATMEN

File  Maintenance  Batch Processing  Accounting  Inmate  Xmodules  Reports  Individual Reports

Alerts: /SPECIAL HANDLING/SUICIDE RISK/SERIOUS VIOLENCE THREAT
Name: PIPER, CHRISTOPHER
Section: SMU  Block: B  Cell: 09  Bed: A  Location: DCCTF
Birth: 10/25/1980  Sex: M  Race: B  Release: 00/00/0000  Admt Type: SE  SS#: 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  Agency ID#: 272534  Permanent#: 787969  Booked Date: 02/02/2007  Classification:

Name: PIPER, CHRISTOPHER
Booking #: 860623
PCP #: 787969

Receipt #: 4610593

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 4/25/2007 10:36:53 | 20113 | #10 PRE-STAMPED ENVELOPE | 0.47 | 5 | 2.35 | N |
| 4/25/2007 10:36:53 | 52001 | CHEETOS FLAMIN HOT | 0.50 | 2 | 1.00 | N |
| 4/25/2007 10:36:53 | 52006 | DORITOS NACHO CHEESE | 0.50 | 3 | 1.50 | N |
| 4/25/2007 10:36:53 | 53000 | JUMBO HONEY BUN | 0.50 | 5 | 2.50 | N |
| 4/25/2007 10:36:53 | 54011 | CREAMY PEANUT BUTTER 18OZ PLASTIC | 2.10 | 1 | 2.10 | N |
| 4/25/2007 10:36:53 | 54036 | SARDINES IN OIL 3.5 OZ POUCH | 0.70 | 5 | 3.50 | N |
| 4/25/2007 10:36:53 | 54056 | STRAWBERRY JELLY 12OZ SQUEEZE | 1.70 | 1 | 1.70 | N |
| 4/25/2007 10:36:53 | 54178 | ICED OATMEAL COOKIES 4 OZ TRAY | 0.55 | 2 | 1.10 | N |
| 4/25/2007 10:36:53 | 54260 | TOP RAMEN BEEF FLAVOR | 0.30 | 5 | 1.50 | N |
| 4/25/2007 10:36:53 | 54261 | TOP RAMEN SHRIMP FLAVOR | 0.30 | 5 | 1.50 | N |
| 4/25/2007 10:36:53 | 54265 | TOP RAMEN SPICY VEG. FLAVOR | 0.30 | 5 | 1.50 | N |

Sub-Total: 20.25
Sales Tax: 0.00
Total: 20.25

Receipt #: 4356581

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 3/27/2007 14:55:21 | 20113 | #10 PRE-STAMPED ENVELOPE | 0.47 | 2 | 0.94 | N |

Tax History  Receipt  Void  Save  Abort

Add  Delete  Undelete  Print  Search  Nextg

Heady

Print ...

Server Agent

Sidebar: Booking, Account, Alias, Billing Agncy, Btch Prprty, Charges, Classify, Cmmsry His, Ctgry Lmt, Detainers, Education, Housing, ID#'s, Mail Log, Physical, Property, Questions, QTY Restrict, Release, $Rstrctions, Separates, Social, Status





Offender Management System — DCC CORRECTIONAL TREATMENT

Alerts: /SPECIAL HANDLING/SUICIDE RISK/SERIOUS VIOLENCE THREAT
Name: PIPER, CHRISTOPHER
Section: SMU  Block: B  Cell: 09  Bed: A  Location: DCCTF
Birth: 10/25/1980  Sex: M  Race: B  Release: 00/00/0000  Admt Type: SE  SS#: 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  Agency ID#: 272534  Permanent#: 787969  Booked Date: 02/02/2007

Name: PIPER, CHRISTOPHER
Booking #: 660623
PCP #: 787969

Receipt #: 3987099

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 2/14/2007 17:56:16 | 54178 | ICED OATMEAL COOKIES 4 OZ TRAY | 0.55 | 4 | 2.20 | N |
| 2/14/2007 17:56:16 | 54260 | TOP RAMEN BEEF FLAVOR | 0.30 | 5 | 1.50 | N |
| 2/14/2007 17:56:16 | 54262 | TOP RAMEN SPICY CHICKEN | 0.30 | 5 | 1.50 | N |
| 2/14/2007 17:56:16 | 54265 | TOP RAMEN SPICY VEG. FLAVOR | 0.30 | 5 | 1.50 | N |
| 2/14/2007 17:56:16 | 60011 | AAA Batteries | 0.79 | 2 | 1.58 | Y |

Sub-Total: 18.48
Sales Tax: 0.20
Total: 18.68

Receipt #: 602001CS-F513

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 11/3/2005 00:00:00 | | | 0.80 | 1 | 0.80 | |
| 11/3/2005 00:00:00 | 10254 | Bergamot Hair Dressing 4oz | 1.43 | 1 | 1.43 | |
| 11/3/2005 00:00:00 | 10440 | Plastic Two Piece Toothbrush Holder | 0.45 | 1 | 0.45 | |
| 11/3/2005 00:00:00 | 10500 | Soap Ivory 3.1oz | 0.4767 | 3 | 1.43 | |
| 11/3/2005 00:00:00 | 10712 | Single Blade Disposable Razor | 0.318 | 5 | 1.59 | |
| 11/3/2005 00:00:00 | 20071 | Lined Writing Tablet 8.5x11 | 0.85 | 1 | 0.85 | |
| 11/3/2005 00:00:00 | 20113 | #10 Pre-Stamped Envelope | 0.45 | 10 | 4.50 | |

Ready

Server Agent



Offender Management Case System for MIT7-EG Version 6.5.0 - You are Logged into DC CORRECTIONAL TREATMEN...

File  Maintenance  Batch Processing  Accounting  Inmate  Xmodules  Reports  Individual Reports

Alerts: /SPECIAL HANDLING/SUICIDE RISK/SERIOUS VIOLENCE THREAT
Name: PIPER, CHRISTOPHER
Section: SMU  Block: B  Cell: 09  Bed: A  Location: DCCTF

Birth: 10/25/1980  Sex: M  Race: B  Release: 00/00/0000  Admt Type: SE  SS#: 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  Agency ID#: 272534  Permanent#: 787969  Booked Date: 02/02/2007  Classification:

PIPER  CHRISTOPHER
660623
787969

| Date/Time | ID Number | Description | Sellprice | Qty | Total Taxable |
|---|---|---|---|---|---|
| 11/3/2005 00:00:00 | 10254 | Bergamot Hair Dressing 4oz | 1.43 | 1 | 1.43 |
| 11/3/2005 00:00:00 | 10440 | Plastic Two Piece Toothbrush Holder | 0.45 | 1 | 0.45 |
| 11/3/2005 00:00:00 | 10500 | Soap Ivory 3.1oz | 0.4767 | 3 | 1.43 |
| 11/3/2005 00:00:00 | 10712 | Single Blade Disposable Razor | 0.318 | 5 | 1.59 |
| 11/3/2005 00:00:00 | 20071 | Lined Writing Tablet 8.5x11 | 0.85 | 1 | 0.85 |
| 11/3/2005 00:00:00 | 20113 | #10 Pre-Stamped Envelope | 0.45 | 10 | 4.50 |

Receipt #: 602001CS-F513

| Date/Time | ID Number | Description | Sellprice | Qty | Total Taxable |
|---|---|---|---|---|---|
| 11/3/2005 00:00:00 | 50003 | M&M Peanuts | 0.49 | 5 | 2.45 |
| 11/3/2005 00:00:00 | 50051 | Skittles | 0.49 | 5 | 2.45 |
| 11/3/2005 00:00:00 | 52206 | Nacho Tortilla Chips 12 oz | 1.99 | 2 | 3.98 |
| 11/3/2005 00:00:00 | 53000 | Jumbo Honey Bun | 0.50 | 10 | 5.00 |
| 11/3/2005 00:00:00 | 53024 | OATMEAL PIE 18 OZ | 1.95 | 1 | 1.95 |
| 11/3/2005 00:00:00 | 54151 | Microwave Butter Popcorn | 0.56 | 3 | 1.68 |
| 11/3/2005 00:00:00 | 54178 | Iced Oatmeal Cookies 4oz Tray | 0.55 | 4 | 2.20 |
| 11/3/2005 00:00:00 | 54260 | Top Ramen Beef Flavor | 0.30 | 10 | 3.00 |
| 11/3/2005 00:00:00 | 54262 | Top Ramen Spicy Chicken | 0.30 | 5 | 1.50 |
| 11/3/2005 00:00:00 | 54264 | Top Ramen Chili Flavor | 0.30 | 10 | 3.00 |
| 11/3/2005 00:00:00 | 54266 | Top Ramen Salsa Picante Shrimp | 0.30 | 5 | 1.50 |
| 11/3/2005 00:00:00 | 54276 | Smoked Clams 3.75 oz | 2.10 | 1 | 2.10 |

Add  Delete  Undelete  Print  Search  Nextq  Tax History  Receipt  Void  Save  Abort

Heady

Sidebar: Booking, Account, Alias, Billing Agncy, Btch Prprty, Charges, Classify, Cmmsry His, Ctgry Lmt, Detainers, Education, Housing, ID#'s, Mail Log, Physical, Property, Questions, QTY Restrict, Release, $Rstrctions, Separates, Social, Status

Print ...

Server Agent

Offender Management System for W17-EC Version 6.5.0e700 - CORRECTIONAL TREATMEN...

File  Maintenance  Batch Processing  Accounting  Inmate  Xmodules  Reports  Individual Reports

**Alerts:** /SPECIAL HANDLING/SUICIDE RISK/SERIOUS VIOLENCE THREAT
**Name** PIPER, CHRISTOPHER      **Section** SMU  **Block** B
                                 **Cell** 09  **Bed** A  **Location** DCCTF
**Birth** 10/25/1980  **Sex** M  **Race** B  **Release** 00/00/0000  **Admt Type** SE  **SS#** 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  **Agency ID#** 272534  **Permanent#** 787969  **Booked Date** 02/02/2007  **Classification**

PIPER  CHRISTOPHER
860623
787969

| Date | ID | Description | Sellprice | Qty | Total |
|---|---|---|---|---|---|
| 11/3/2005 00:00:00 | 52206 | Nacho Tortilla Chips 12 oz | 1.99 | 2 | 3.98 |
| 11/3/2005 00:00:00 | 53000 | Jumbo Honey Bun | 0.50 | 10 | 5.00 |
| 11/3/2005 00:00:00 | 53024 | OATMEAL PIE 16 OZ | 1.95 | 1 | 1.95 |
| 11/3/2005 00:00:00 | 54151 | Microwave Butter Popcorn | 0.56 | 3 | 1.68 |
| 11/3/2005 00:00:00 | 54178 | Iced Oatmeal Cookies 4oz Tray | 0.55 | 4 | 2.20 |
| 11/3/2005 00:00:00 | 54260 | Top Ramen Beef Flavor | 0.30 | 10 | 3.00 |
| 11/3/2005 00:00:00 | 54262 | Top Ramen Spicy Chicken | 0.30 | 5 | 1.50 |
| 11/3/2005 00:00:00 | 54264 | Top Ramen Chili Flavor | 0.30 | 10 | 3.00 |
| 11/3/2005 00:00:00 | 54266 | Top Ramen Salsa Picante Shrimp | 0.30 | 5 | 1.50 |
| 11/3/2005 00:00:00 | 54278 | Smoked Clams 3.75 oz | 2.10 | 1 | 2.10 |
| 11/3/2005 00:00:00 | 54282 | OCTOPUS IN OIL, PULL RING 4 OZ | 1.35 | 2 | 2.70 |
| 11/3/2005 00:00:00 | 54315 | FISH STEAKS N HOT SAUCE 3.75OZ | 0.95 | 5 | 4.75 |

Sub-Total: 48.51
Sales Tax: 0.00
Total: 48.51

**Receipt #** 602001CS-F513
| Date/Time | ID Number | Description | Sellprice | Qty | Total Taxable |
|---|---|---|---|---|---|
| 10/20/2005 00:00:00 | 10500 | Soap Ivory 3.1oz | 0.4767 | 3 | 1.43 |

Sub-Total: 1.43

[Add] [Delete] [Undelete] [Print] [Search] [Nextq]   [Tax History] [Receipt] [Void]   [Save] [Abort]

Ready

Side buttons: Booking, Account, Alias, Billing Agncy, Btch Prprty, Charges, Classify, Cmmsry His, Ctgry Lmt, Detainers, Education, Housing, ID#'s, Mail Log, Physical, Property, Questions, QTY Restrict, Release, $Rstrctions, Separates, Social, Status

Print ...

Server Agent



