Dear Clerk Nancy Mayer Whittington,



8/9/07
FILED
AUG 13 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

This This Kristopher Piper I am writing you because I just receive an order from the Judge I can't spell his name, but the order said I have 30 days to send a copy of my trust fund account statement. I just sent a copy of my account back in June to United States District Judge Collon Kolla-Kotitly so could you please tell me everything I have to do.

Thank You

Kristopher Piper

4