UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KRISTOPHER PIPER,                )
                                 )
            Plaintiff,           )
                                 )
      v.                         )   Civil Action No. 07-1417
                                 )
CPL. L. RATLIFF, *et al.*,       )
                                 )
            Defendants.          )

## ORDER

The Court has received correspondence from plaintiff pertaining to its August 6, 2007 Order, which directed plaintiff to submit a certified copy of his trust fund account statement (or institutional equivalent). The statement attached to plaintiff's application to proceed *in forma pauperis* appeared to list purchases of food, stamps, and other items from the commissary. It did not appear to reflect deposits to or the balance in plaintiff's trust fund account. The Court construes plaintiff's correspondence as a motion for an extension of time. The motion will be granted. Accordingly, it is hereby

ORDERED that plaintiff's motion for an extension of time is GRANTED. Within thirty (30) days of entry of this Order, plaintiff shall submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as is required under 28 U.S.C. § 1915. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

Date: August 31, 2007

United States District Judge