UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kristopher Piper           )
                           )
    Plaintiff              )
                           )   Civil Action No.  07-1417 EGS
    v                      )
Cpl. L. Ratliff., et al.,  )

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on October 15, 2007 from Unassigned (9098)

to Judge Sullivan because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
    Deputy Clerk

CC:   Judge Sullivan
& Courtroom Deputy
Civil Case Processing Clerk
      Statistical