UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTOPHER PIPER, pro se
Plaintiff,

Versus

L. RATLIFF, et al.,
Defendants.

RECEIVED

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 07-1417 EGS

----------------------------------------------------------------------------------------------------

## PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME "NUNC PRO TUNC"

Comes now Plaintiff, Kristopher Piper, register number 06645-007, pro se see, Haines versus Kerner, 404 U.S. 519 (1972), respectfully request to this most honorable United States District Court for the District of Columbia, to excuse and provide the Plaintiff an "extension of time" (nunc pro tunc) of thirty (30) days, as he articulates reasons for such extension of time as follows:

1. Plaintiff is representing this action pro se, and does not have or receives any assistance from and attorney.

2. Plaintiff is unable at this time to comply with the Order of this most honorable Court by providing the Defendant's (Lt. Queen) full name and address in accord to the time allotted by this Court.

3. Plaintiff needs the additional time in order ascertain the before mentioned Defendant information through the Freedom of Information, due to the last known work address alleging that he can not be reached there.

4. Plaintiff sought the assistance of his Unit Team Member who informed him that they would not be able to aid in his quest in acquiring the before mentioned defendant's full name and address so that he will be properly served.

5. Plaintiff is incarcerated in the United States Prison-Hazelton, and has very limited resources in being able to get the above mentioned named defendant's full name and address.

6. Plaintiff as a layman of law, whom has very limited understanding of how to request and obtain the above mentioned defendant's full name and address needs the additional time to make a good faith effort in seeking out and providing the above mentioned defendant's full name and address.

7. That the extension of time being requested is not requested to hinder nor frustrate the Court in anyway.

8. That the extension of time being requested is from an indigent prisoner who is unable to pay for an investigator to find out and provide this most honorable Court with the above mentioned defendant's full name and address.

WHEREFORE, the Plaintiff respectfully request that this most honorable Court grant him his requested "Extension of Time" Nunc Pro Tunc, of thirty (30) days to make a good faith effort to get the Defendant's (Lt. Queen) full name and address for the United States Marshals Service can serve him.

IN CONCLUSION, by the signing of Plaintiff's Kristopher Piper, signature below, he avers under the pain and penalty of perjury that the foregoing is true and correct to the best of his knowledge.

3-13-08
DATE:

Respectfully Submitted,

Kristopher Piper #06645-007
United States Penitentiary-Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525