UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTOPHER PIPER, pro se
Plaintiff,

Versus

Civil Action No.: 07-1417 EGS

L. RATLIFE, et al.,
Defendants.

RECEIVED
APR 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S REQUEST FOR AN ADDITIONAL EXTENSION OF TIME "NUNC PRO TUNC."

Comes now Plaintiff, Kristopher Piper, register number 06645-007, pro se see, Haines versus Kerner, 404 U.S. 519 (1972), respectfully request to this most honorable United States District Court for the District of Columbia, that it permit Plaintiff's "nunc pro tunc," Request For An Additional Extension Of Time of thirty (30) days, as he avers reasons for such additional extension of time as follows:

1. That Plaintiff is a pro se litigant, and as a layperson of law, is unable at this time to present Defendant's Lt. Queen, full name and address within the extended time allotted by this Court.

2. Plaintiff respectfully request that this "nunc pro tunc," request for an additional extension of time include the ORDER filed March 06, 2008, to provide the full names and addresses of Defendants Cpl. L. Ratlife and Lt. Henry.

3. Plaintiff sought, by due diligence, to ascertain Defendants Lt. Queen, Lt. Henry and Cpl. L. Ratlife, full names and addresses through Freedom of Information Act to the Mayor of the District of Columbia and the Director of the

District of Columbia - Jail, see exhibit "A" appendix.

4. Plaintiff avers that he received only a "Return Receipt" card from the Freedom of Information Act request directed to the Director (see exhibit "B" appendix) as the Return Receipt card from the Mayor was not returned to the Plaintiff.

5. Plaintiff avers that the F.O.I.A. request from the Director has not been answered, thus, Plaintiff can't provide this most honorable Court with the full names and addresses of Defendants Lt. Queen, Lt. Henry and Cpl. L. Ratlife.

6. Plaintiff is incarcerated in the United States Prison - Hazelton, and has very limited resources in being able to acquire the above mentioned named Defendants' full names and addresses.

7. Plaintiff as a layman of law, whom has very limited resources in understanding of how to request and obtain the above mentioned Defendants' full names and addresses and needs the additional time to continue with Plaintiff's good faith effort in seeking out and providing the above mentioned Defendants' full names and addresses.

8. The additional extension of time being requested is not being requested to hinder nor frustrate the Court in anyway.

9. The additional extension of time being requested is from a pro se - indigent prisoner who is unable to access the information through computers/internet or any other means in provide the Defendants full names and addresses to this most honorable Court.

WHEREFORE, the Plaintiff respectfully request that this most honorable Court grant him his requested "Additional Extension of Time" "Nunc Pro Tunc," of thirty (30) days to make a good faith effort to get the Defendants' (Lt. Queen, Lt. Henry & Cpl. L. Ratlife) full names and addresses for the United States Marshals Service can serve them.

IN CONCLUSION, by the signing of Plaintiff's Kristopher Piper's, signature signed below, he avers under the pains and penalty of perjury that the foregoing is true and correct to the best of his knowledge.

4-17-08
DATE:

Respectfully Submitted,

*Kristopher Piper*

Kristopher Piper #06645-007
United States Penitentiary-Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

## SERVICE

This is deemed filed at the time it was delivered to prison authorities hereat the United States Penitentiary-Hazelton, in Bruceton Mills, West Virginia, for forwarding to the court, see Houston vs. Lack, 101 L.Ed.2d 245 (1988) upon the court.

FREEDOM OF INFORMATION/PRIVACY ACT

March 29, 2008

Mr. Adriane Fenty, Mayor
MAYOR OF THE DISTRICT OF COLUMBIA
441 Fourth Street, North West
Washington, D.C. 20001

Re:  FREEDOM OF INFORMATION/PRIVACY ACT (Expedited Request)

Please be advised that this disclosure missive serves as a request under the "Freedom of Information/Privacy Act made Law," pursuant to Title 1, Sections 1521-1527, District of Columbia Code, in conjunction with, Title 5, Sections 552, 552(a), united States Code, Also see, Julian v. Department of Justice, 806 F. 2d 1411, aff'd 468 U.S. 108, 108 S.Ct. 1606, remand 859 F.2d 124) to receive either the place of business address or the home address of the erstwhile employees listed below, as they are parties/defendants in the civil case number 07-1417 EGS and needs to be served; however, if they are still employed with the District of Columbia - Jail (Department of Corrections) then this information is respectfully being requested as by your conformation thereof, as well as whereat that they are assigned by giving their place of employment address. The following parties/defendants also are respectfully being requested releasement of their full names, last title in their employment with D.C. - Jail, how long their employment with the D. C. - Department of Corrections (D.C. - Jail). The following names of the parties/defendants that the above requested information is respectfully requested are:

1. L. RATLIFF - Corporal
2. HENRY - Lieutenant
3. QUEEN - Lieutenant

Next, I am also requesting a copy of the applicable rules and regulations for your agency as provided for by the FOI/PA, as amended by public Law 93-502, 88 STAT. 1561. If for any reason, any of the above-requested information are deemed to be non-disclosable, or non-releasalble, please specify the regulatory exemption relied upon, and state whether the entire information of only portion thereof, is deemed non-disclosable, and furnish the name and title of the person making the decision. If you determine that any of these requested information are exempt under either of these statues, I will expect you to release the non-exempt portions to me as the law requires. I of course, resevre the right to appeal any decision to withhold information. "I request that any information redacted of records withheld be reflected in Jaughn Index enumerating the material withheld, the exemption under which it is withheld, and why the relevant exemption applies."

Thirdly, I am cognizant about the law and statue, that expiditing the preparation of my requested information to where I am hereby requesting your compliance with the ten (10) days time limit in expediting this request, and if a response is not forthcoming within the allotted time, as this being my first step in the pursuit of exhaustion of my admi-

(2)

nistrative remedy and that I may then file to the United States Attorney General's Office; if thereafter, I do not receive a favorable reply, that I can file to the United States District Court for the District of Columbia. Moreover, if the United States Attorney General too, fails to comply with the ten (10) days disclosure and/or denies the disclosure, that my exhaustion of administrative remedy is thereto exhausted.

Finally, I'm knowledgeable that there may be a fee for searching, coupled with, a copying fee, and I hereby request for waiver of any fees associated with the cost of said viewing, inspecting and/or copying; however, if there are fees required, then please withdraw them and immediately expedite my request. Your prompt attention is hereto respectfully requested, thanking you in advance for the use of your time and assistance with this premise, it is very much appreciated.

Respectfully submitted,

*Mr. Kristopher P.*

Mr. Kristopher Piper
Reg. No.: 06645-007
United States Penitentiary-Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

EXHIBIT "B" APPENDIX

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Lavon Sanders

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Director of the Department
of Corrections
Office of General Counsel
1923 Vermont AVE NW
Washington, D.C. 20001

2. Article Number
(Transfer from service label)
7004 2890 0002 4434 3011

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kristopher Piper 06645-007
U.S.P Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525