Kristopher Piper, Pro SE
Plaintiff,

RECEIVED
JUN 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Versus

Civil Action No: 07-1417-EGS

L. Ratlift, ETAL,
Defendants,

Motion for an additional Extension of time (NUNC Pro Tunc) or IN Alternative, Service of Complaint, summons, and additional Papers at the Defendant's Last Known Address.

Comes Now Plaintiff Kristopher Piper, #06645-007 pro se, see Haines v. Kerner, 404 US 519 (1972) respectfully prays and moves this most Honorable United States District Court for the District of Columbia, pursuant to Rule 5(b), of Federal Rules of Civil Procedure, that Plaintiff be Excused and Provide an additional Extension of time (NUNC Pro Tunc) of Ninety (90) Days, or IN Alternative, Serve the complaint, summons and additional Papers at the defendant's last known address. As He articulates Reasons for such as follows.

(1) Plaintiff is Representing this Civil Action Pro se, and does not have or receives any Asstance from an Attorney or Investigator

(2) Plaintiff is unable at this time to comply with the order (Dated April 28, 2008) of this most honorable court that he provide The Defendant's (Henry and Ratliff) full name and address in accord with the time allotted by this court.

(3) Plaintiff needs the additional time (or in alternative for the complaint, summons and additional Papers to be served at the Defendant's last Known address) Due to the response from the Freedom of Information Request which did not Produce a favorable result.

(4) Plaintiff is incarcerated and lock down in the United States Penitenturay - Hazelton and has very limited resources to being able to Acquire the full names and address of the above mentioned Defendant's

(5) Plaintiff as a layman of law, whom has very limited understanding of how to Request and obtain the above mentioned Defendants full names and address need the additional time (because of his F.O.I.A. Request response) to conitune in his good faith Effort in Seeking out and Providing the Above mentioned Defendant's full names and address.

(6) The additional extension of time (Nunc Pro Tunc), or in Alternative, service of complaint, summons and additional papers at the defendant's last Known address, being requested in not to hinder Nor Frustrate the Court in anyway.

(7) The additional extension of time (Nunc Pro Tunc) or in Alternative, service of complaint, summons, and additional papers at the defendant's last know address, being requested is from an Indigent prisoner who is unable to pay for an investigator, go onto the inter-net, or have someone to find out and provide this most honorable Court with the above mentioned Defendants full names and address.

Wherefore, the Plaintiff respectfully request that this most honorable Court grant him his request "Extension of time (Nunc Pro Tunc), or in Alternative, Service of Complaint, Summons, And additional Papers at the defendant's last known address" for ninety (90) days to continue with making his good faith effort in acquiring the defendant's (Henry and Ratliff) full names and addresses for the United States marshal Service to serve.

In Conclusion, by the signing of Plaintiff's Kristopher Piper, signature below, he avers under the the pains and penalty of perjury that the foregoing is true and correct to the best of his knowledge.

6/19/08
Date:

Respectfully Submitted,

Kristopher Piper

Kristopher Piper 06645007
USP Hazelton P.O. Box 2000
Bruceton Mills, WVA 26525

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTOPHER PIPER

vs.

L. RATLIFF, ET AL

C.A. No. 07-1417 EGS

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: Lieutenant Mark Queen,
Defendant's address: 1901 D St SE Wash, DC 20003

Defendant's name: _____
Defendant's address: _____

Defendant's name: _____
Defendant's address: _____

Defendant's name: _____
Defendant's address: _____

Defendant's name: _____
Defendant's address: _____

Defendant's name: _____