UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KRISTOPHER PIPER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>L. RATLIFF *et al.*,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1417 (EGS)<br>) Document No.　14<br>)<br>)<br>)<br>) |

ORDER

    Plaintiff, a federal prisoner proceeding *pro se* and *in forma pauperis,* has been unable to provide complete and accurate information for the court officers to effect service of process upon the named defendants pursuant to 28 U.S.C. § 1915. Although plaintiff admits that he is currently unable to comply with the previous orders to provide the information, he seeks an additional 90 days to attempt to ascertain such information. Plaintiff states that a Freedom of Information Act request "did not produce a favorable result" and that he is making a "good faith effort" to provide the information to the Court. Mot. at 2.

    In the alternative, plaintiff requests that service be attempted again at defendants' "last known address," namely, the District of Columbia Jail where they are employed. The United States Marshal's returns of service indicate that a deputy marshal attempted on multiple occasions to serve defendants at the D.C. Jail. The return for Lt. Queen states that he is no longer employed at the D.C. Jail (Dkt. No. 8); thus, any further attempts to serve him there would be a futile exercise. The returns for Lt. Henry and Cpl. Ratliff state that the summonses were "refused by DC Jail Staff" (Dkt. No. 10), but there is no indication that the summonses were

2

presented to, and refused by, an individual or office designated to accept service on the officers' behalf. Plaintiff will be given one last opportunity to provide sufficient information for effecting service upon Lt. Queen. Meanwhile, the Court will direct one last attempt of service upon the two officers who presumably are still employed at the D.C. Jail. Accordingly, it is

ORDERED that plaintiff's motion for an enlargement of time to provide service information for the named defendants [Dkt. No. 14] is GRANTED; it is

FURTHER ORDERED that by **September 30, 2008**, plaintiff shall file with the Clerk notice of the complete name and address of defendant Lt. Queen, failing which the complaint against this defendant will be dismissed without prejudice; and it is

FURTHER ORDERED that the United States Marshal shall re-attempt personal service upon Lt. Henry and Cpl. Ratliff at the District of Columbia Jail or, if possible, upon an individual or office so designated to accept service on the officers' behalf. If service is refused, the Marshal shall <u>legibly</u> identify in the return the individual who refused service and the basis for the refusal. If, by then, plaintiff has not provided any new service information about these defendants and service is not perfected, the Court will have no choice but to dismiss the case without prejudice. *See* Local Civil Rule 5.1(e) (authorizing dismissal of a complaint upon plaintiff's failure to provide defendants' address information within 30 days of filing the complaint).

SIGNED:    EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: June 30, 2008