UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_KRISTOPHER PIPER_
Plaintiff(s)

vs

Civil Action No. _07-1417 EGS_

_CPL. L. RATLIFF, ET AL_
Defendant(s)

## ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_LT. HENRY_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _September 10, 2008_ Pursuant to Local Rule 5.1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_[signature]_
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTOPHER PIPER

VS.                                   C.A. No. 07-1417 EGS

CPL. L. RATLIFF, ET AL


**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: _____

Defendant's address: _____


Defendant's name: _____

Defendant's address: _____

_____


Defendant's name: _____

Defendant's address: _____

_____


Defendant's name: _____

Defendant's address: _____

_____


Defendant's name: _____

Defendant's address: _____

_____


Defendant's name: _____