United States District Court
For the District of Columbia

Leave to File is Granted [signature] 8/4/08

Dear Your Honor,

Civil Action No: 07-1417-EGS

This is Mr. Piper 06645-007. I am writing you because I have received your order. I understand and respect that this court have attempted to service the the defendant's and have work with me. As of right now I'm on lock down and the Unit Team member's at U.S.P Hazelton told me I could not try to get these defendant's address and name because they are officers and they told me that I could get 5 years if I call and try. I do know that Lt. Henry and Cpl. L. Ratlift work on the midnight shift from 12:00 AM to 8:00 AM as the court might know I don't have an attorney helping me with this case. I tried to find an attorney but I can't. I did and Freedom of Information/Privacy Act to the Mayor (Adriane Fenty). I didn't get a response, I wrote to D.C Jail to Stanley Waldren Deputy Warden for Operations. I didn't get a response.

RECEIVED
JUL 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I would like to know if the court could appoint me an attorney that could help me with my case. I have wrote alot of attorney to get to represent me some have wrote back and some have not here is some of the letter of the Attorney that wrote me back. I wrote attorney Douglass Sparks 3221 M St NW Wash DC Dr. Farin Mirvahab 1000 Conn Ave NW Suite G13-G G.W School of Law Catholic University Law, Howard Law School, Georgetown University Law Center and I haven't received a response. I would like to thanks the courts for they time and help.

    In conclusion, By the signing of Plaintiff's Kristopher Piper, Signature Below, He Avers under the Pains and Penalty of perjury That the Foregoing is True and correct to the best of his Knowledge.

Respectfully Submitted,

Kristopher Piper

Kristopher Piper 06845-007

U.S.P Hazelton P.O Box 2000

Bruceton Mills, WV 26525

7/6/08
Date



MID-ATLANTIC
INNOCENCE
PROJECT

January 8, 2008

Kristopher Piper #06645-007
USP-Hazelton
PO Box 2000
Bruceton Mills, WV 26525

Dear Mr. Piper:

Thank you for your letter. As you may know, the Mid-Atlantic Innocence Project provides *pro bono* investigative and legal assistance to prisoners convicted in the District of Columbia, Maryland, and Virginia, whose innocence can be proven by DNA testing or by other newly discovered evidence. We are unable to help you with a civil suit against a correctional officer, but may be able to help you with your innocence claim.

To help us evaluate your case, please complete the enclosed questionnaire. Please print clearly. **Please send any appellate briefs and appellate decisions with your completed questionnaire.** *Do NOT send your transcript or any materials we do not request!* Only fully completed questionnaires will be considered. You should expect that this information will be shared with law students, attorneys, and investigators as necessary to provide legal or investigative assistance for you. Please also understand that we may contact your former and/or current attorneys for information about your case.

If your case will involve DNA testing, PLEASE NOTE: DNA test results can provide strong evidence of one's innocence AS WELL AS additional proof of one's guilt. We encourage you to honestly evaluate your case as you complete this questionnaire. Consider whether, by asking for DNA testing, you could be creating additional evidence that may hurt – rather then help – your chance for exoneration and release.

Once we receive your questionnaire, it will take some time to evaluate your case, and you may not hear from us immediately. Please do not telephone or write additional letters asking about your case. We will be in touch with you about your case as soon as possible.

Also, please refrain from sending original documents when you can send copies, so nothing important gets lost in the mail. Please let us know whether or not you are sending originals. If originals are sent, however, we will do our best to copy them and return them in a timely manner.

Please note that the Project is not a law firm and will not act as your legal representative. We will screen the materials that you have sent to us to determine if the Project can provide help on your case. We may sometimes refer your materials to law students to conduct further investigation, so we can more completely evaluate your case. However, the Project will try to recruit a *pro bono* lawyer to represent you in court only if we decide that there is sufficient compelling evidence that could be used in court to prove your innocence.

Finally, if you have an upcoming filing deadline in court, such as an appeal, a post-conviction petition, or a *habeas corpus* deadline, please do not wait to hear from us before you make your filing. Even if we eventually decide that your case meets our criteria and attempt to find a lawyer to represent you in court, we cannot guarantee that we will find a volunteer *pro bono* lawyer for you in time to assist you with upcoming filing deadlines.

We look forward to your response.

Sincerely,

Elizabeth P. Raman
Assistant Director

4801 Massachusetts Ave., NW
Washington, DC 20016

(202) 274-4199
(202) 274-4226 (fax)

www.midatlanticip.org

# LAW OFFICE OF JONATHAN ZUCKER

The Lincoln Building, 514 10TH Street, NW, 9th Floor, Washington, DC 20004
(202) 624-0784 FAX: (202) 639-0458 JonathanZucker@aol.com

**Jonathan Zucker\***
**Patricia Daus†**
\*Admitted DC & MD
†Admitted DC

October 19, 2007

Kristopher Piper
# 272-534
1901 E Street, S.E.
Washington, DC 20003

Dear Mr. Piper:

    I am sorry but we are unable to represent you regarding your eye injury.

    If you are seeking damages of $ 5,000.00 or less, you may want to pursue this matter yourself in Small Claims Court. Enclosed is a pamphlet prepared by the Small Claims division. Good luck.

Sincerely,

Patricia Daus

Enclosure



P R O   B O N O   P R O G R A M

December 20, 2007

Kristopher Piper #06645-007
USP - Hazelton
P.O. Box 2000
Bruceton Mills, WV. 26525

Dear Mr. Piper:

In response to your recent inquiry, the following is a general outline of the functions of our office. The District of Columbia Bar's Pro Bono Program sponsors a variety of programs to better provide pro bono services to the community. Our office recruits and trains attorneys in select areas of **civil practice** to assist low-income individuals with legal problems. This office also provides a free legal information Help Line that gives general information about the law in select areas.

Our office does not provide direct representation to individuals nor does it sponsor a lawyer referral service. You may wish to contact the enclosed offices for further direction.

- Innocence Project of the National Capital Region
  American University, Washington College of Law
  4801 Massachusetts Avenue, N.W.
  Washington, D.C. 20016

- Special Litigation
  Public Defender Service
  633 Indiana Ave. N.W.
  2nd. Floor
  Washington, D.C. 20008

Sincerely,

Ronald Baynes
Program Coordinator